**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

# 0C - CV - 00667

APR 1 0 2006

Civil Action No. _____

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

ANDRE J. TWITTY,

      Plaintiff,

v.

ALBERTO GONZALEZ, US Atty Gen.,
HARLEY G. LAPPIN, Dir. Fed. B.O.P.,
HARRELL WATTS, Remedy Corr. B.O.P.,
M. NALLEY, Dir. Northeast Region B.O.P.,
DARYL KOSIAK, Regional Counsel B.O.P., and
R. WILEY, Warden USP FLM B.O.P.,

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion for Leave to Proceed In Forma Pauperis

Pursuant to Title USC 1915(g) Brief in Support, and a Civil Rights Complaint.  The court

has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___    is not submitted
(2)   ___    is missing affidavit

(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)   __   is missing required financial information

(5)   __   is missing an original signature by the prisoner

(6)   <u>X</u>   is not on proper form (must use the court's current form)

(7)   __   names in caption do not match names in caption of complaint, petition or habeas application

(8)   __   An original and a copy have not been received by the court. Only an original has been received.

(9)   __   other _____

**Complaint, Petition or Application**:

(10)   __   is not submitted

(11)   <u>X</u>   is not on proper form (must use the court's current form)

(12)   __   is missing an original signature by the prisoner

(13)   __   is missing page nos. ___

(14)   __   uses et al. instead of listing all parties in caption

(15)   __   An original and a copy have not been received by the court. Only an original has been received.

(16)   __   Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __   names in caption do not match names in text

(18)   __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint.

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _6th_ day of _April_ _____, 2006.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00667**

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

     I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on __4-10.06__

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk