IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00667-BNB

ANDRE J. TWITTY,

    Plaintiff,

v.

ALBERTO GONZALEZ, U.S. Atty. General,
HARLEY G. LAPPIN, Dir. Fed. B.O.P.,
HARRELL WATTS, Remedy Corr. B.O.P.,
M. NALLEY, Dir. Northeast Region B.O.P.,
DARYL KOSIAK, Regional Counsel B.O.P.
R. WILEY, Warden USP FLM B.O.P.,
J. SHARTLE, Assoc. Warden USP Florence BOP, POB 8500 Florence, CO 81226,
M. CRUZ, Assoc. Warden, USP Florence BOP, POB 8500 Florence, CO 81226,
M. CHURCH, Captain, USP Florence BOP, POB 8500 Florence, CO 81226,
P. J. KRIST, SIA USP Florence BOP, POB 8500 Florence, CO 81226,
K. REAR, Exec. Asst. USP Florence, POB 8500 Florence, CO 81226,
S. SMITH, SIS LT. USP Florence BOP, POB 8500 Florence, CO 81226,
R. MACK, Edcu. [sic] Dept. USP Florence BOP, POB 8500 Florence, CO 81226,
S. M. PARSONS, Educ. Dept., USP Florence BOP, POB 8500 Florence, CO 81226,
A. WALKER, PA, USP Florence BOP, POB 8500 Florence, CO 81226,
LAWRENCE L. LEYBA, Clinical Dir., USP Florence BOP, POB 8500 Florence, CO
    81226,
NORA GLADBACH, PA, USP Florence BOP, POB 8500 Florence, CO 81226,
FNU BAILEY, Psychology Dept., USP Florence BOP, POB 8500 Florence, CO 81226,
FNU ZOHN, Psychology Dept., USP Florence BOP, POB 8500 Florence, CO 81226,
D. CLARK, Lt., USP Florence BOP, POB 8500 Florence, CO 81226,
ALL UNKNOWN MEDICAL STAFF, USP Florence BOP, POB 8500 Florence, CO
    [unreadable ZIP],
ALL UNKNOWN MAILROOM STAFF, USP Florence BOP, POB 8500 Florence, CO
    81221,
BILL LEONE, US Attorney, 1225 17th St. Suite 700 Denver CO 80202,
STEVE POWERS, Special Agent FBI, 1961 Stout St. Rm 1823 Denver CO 80294,
DANIEL BRADLEY, FBI Agent, 111 Tejon St. #600 Colorado Springs CO 80903,
KEN SALAZAR, Member U.S. Congress (CO),
WAYNE ALLARD, Memeber [sic], U.S. Congress (CO),
MARILYN MUSGRAVE, Member, U.S. Congress (CO),
TOM TANCREDO, Member, U.S. Congress (CO),
BOB BEAUPREZ, Member, U.S. Congress (CO),
DIANA DEGETTE, Member, U.S. Congress (CO),

MARK UDALL, Member U.S. Congress (CO),
JOEL HEFLEY, Member, U.S. Congress (CO),
JOHN T. SALAZAR, Member, U.S. Congress (CO),
JOHN MULLER, Dir., Fed. Bureau Invest. Washington D.C.,
ALL UNKNOWN INVESTIGATORS, Office of Internal Affairs BOP, 320 First St. N.W. Washington D.C. 20534, and
ALL UNKNOWN INVESTIGATORS, Office Inspector General Dept. of Justice, Wash. D.C. 20530, all in their individual capacities,

Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Andre J. Twitty filed *pro se* on July 6, 2006, a motion to reconsider titled "Motion to Alter or Amend Judgment Rendered on 26 June 2006, Pursuant to Rule 59(e) Federal Rule of Civil Procedure. Due to the 'Criminal' Abuse of Discretion in Violation of 18 USC 1503 Obstruction of Justice Brief in Support." Mr. Twitty asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on June 26, 2006. The Court must construe the motion to reconsider liberally because Mr. Twitty is proceeding *pro se*. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Because the motion to reconsider was filed within ten days after the Court's dismissal order, the Court will consider the motion to reconsider pursuant to

Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action because Mr. Twitty failed to comply with the May 3, 2006, order by filing a second amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 and because he failed to show cause as directed why the amended complaint should not be dismissed for failure to exhaust the Bureau of Prisons' three-step, administrative-grievance procedure. In addition, the June 26, 2006, dismissal order revoked Mr. Twitty's *in forma pauperis* status and directed him to pay the $250.00 filing fee within thirty days.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Twitty fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Twitty does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion to reconsider titled "Motion to Alter or Amend Judgment Rendered on 26 June 2006, Pursuant to Rule 59(e) Federal Rule of Civil Procedure. Due to the 'Criminal' Abuse of Discretion in Violation of 18 USC 1503 Obstruction of Justice Brief in Support," which the Court has treated as a motion to alter

3

or amend the judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this __13__ day of __July__, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00667-BNB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  7-14-06.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk