IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00667-ZLW

ANDRE TWITTY,

                Plaintiff,

v.

ALBERTO GONZALEZ, U.S. Atty General,

HARLEY G. LAPPIN, Dir. Fed. B.O.P,

HARRELL WATTS, Remedy Corr. B.O.P.

M.. VALLEY, Dir. Northeast Region BOP,

DARYL KODIAK, Regional Counsel BOP,

R. WILEY, Warden U.S.P. FILM BOP,

J. STARTLE, Assoc. Warden U.S.P. Florence BOP,

M.. CRUZ, Assoc. Warden U.S.P. Florence BOP,

M.. CHURCH, Captain - U.S.P. Florence BOP,

P. J. KRIS, SIA U.S.P. Florence BOP,

K. REAR, Exec Asst. U.S.P. Florence BOP,

S. SMITH, SIS Lt. U.S.P. Florence BOP,

R. MACK, Educ. Dept. U.S.P. Florence BOP,

S. M. PARSONS, Educ Dept. U.S.P. Florence BOP,

A. WALKER, PA, U.S.P. Florence BOP,
LAWRENCE L. LEYBA, Clinical Dir. U.S.P. Florence BOP,

NORA GLADBACH, PA U.S.P. Florence, BOP,
BAILEY, FNU- Psychology Dept. U.S.P. Florence BOP,
ZUHN,  FNU- Pschology Dept U.S.P. Florence BOP,

1

D. CLARK, Lt. U.S.P. Florence BOP "All Unknown Medical Staff" and "All Unknown Mailroom Staff" U.S.P. Florence BOP,

BILL LEONE, US Attorney,

STEVE POWERS, Special Agent FBI,

DANIEL BRADLEY, FBI Agent,

KEN SALAZAR, Member U.S. Congress,

WAYNE ALLARD, Member U.S. Congress (CO),

MARILYN MUSGRAVE, member U.S. Congress (CO),

TOM TRANCREDO, Member, U.S. Congress (CO),

BOB BEAUPREZ , Member, U.S. Congress (CO),

DIANA DEGETTE, member U.S. Congress (CO),

MARK UDALL, member U.S. Congress (CO),

JOEL HEFLEY, member U.S. Congress (CO),

JOHN T. SALAZAR, Member U.S. Congress (CO),

JOHN MULLER, Dir Fed. Bureau Invest. "All Unknown Investigators Office of Internal Affairs"

"All Unknown Investigators" Office of Inspector General Dept of Justice,

                Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a letter, which is being treated as a notice of appeal, on August 30, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

(A)    Filing Fee
        X    is not submitted

(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:
  X    is not submitted
  ___ is missing affidavit
  ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  ___ is missing required financial information
  ___ is missing an original signature by the prisoner
  ___ is not on proper form (must use the court's current form)
  ___ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   5   day of            September           , 2006.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court